UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH LAMONT NETTLES,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

______________________________/

Case No. 1:25-cv-617

Hon. Hala Y. Jarbou

**ORDER**

This is a habeas corpus action filed by a federal prisoner under 28 U.S.C. § 2255. On July 8, 2026, the Court denied Nettles' motion to vacate, set aside, or correct his sentence. (7/8/2026 Judgment, ECF No. 17.) Nettles now moves for relief from the Court's judgment under Rule 60(b) of the Federal Rules of Civil Procedure. (Mot. for Relief, ECF No. 18.) However, § 2255 provides that a petitioner attempting to file a second or successive habeas petition must first obtain approval from the Court of Appeals. 28 U.S.C. § 2255(h); *see In re Nailor*, 487 F.3d 1018, 1022–23 (6th Cir. 2007). And "a Rule 60(b) motion should be considered a [second or successive] § 2255 motion . . . 'if it attacks the federal court's previous resolution of a claim on the merits.'" *Nailor*, 487 F.3d at 1022 (quoting *Gonzalez v. Crosby*, 545 U.S. 524, 532 (2005)). Because Nettles's motion for relief from judgement merely objects to the Court's disposition of his prior arguments, it is a successive § 2255 motion that cannot be filed without certification from the Sixth Circuit.

**IT IS ORDERED** that Petitioner's motion for relief from judgment (ECF No. 18) is **TRANSFERRED** to the Sixth Circuit Court of Appeals pursuant to 28 U.S.C. § 1631.

Dated: August 26, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE